SO ORDERED.

Dated: February 17, 2023



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| EDWARD HELDMAN III, | No. 2:22-bk-07610-MCW |
| Debtor. | **ORDER APPROVING MOTION TO TRANSFER VENUE** |

Upon consideration of the *Motion of William A Homony, Subchapter V Trustee of ComedyMx LLC and ComedyMx Inc., to Transfer Venue* [Docket No. 38] (the "Motion"); and no objection or other response to the Motion having been filed on the docket of this case or raised at the hearing on the Motion; and the Court having held a hearing on the Motion on February 15, 2023, and having made an oral ruling on the Motion as stated on the record at the hearing; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned case pending before this Court, numbered 2:22-bk-07610-MCW and styled *In re: Edward Heldman, III*, is transferred to the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court").

3. This Order may be subject to ratification by the Delaware Bankruptcy Court, to the extent the Delaware Bankruptcy Court determines any such ratification is necessary.

4. All existing orders entered by this Court in the above-captioned case, including but not limited to the Bankruptcy Rule 2004 Order entered at Docket No. 31, remain valid and in full force and effect and the Debtor must comply accordingly.

DATED AND SIGNED ABOVE.